# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 479 |
| | : |
| APPOINTMENTS TO THE MINOR | : MAGISTERIAL RULES DOCKET |
| JUDICIARY EDUCATION BOARD | : |
| | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of May, 2022, Magisterial District Judge Bonnie L. Carney, Wayne County, and Magisterial District Judge Thomas G. Miller, Jr., Allegheny County, are hereby appointed as members of the Minor Judiciary Education Board for a term of three years, commencing July 1, 2022.